IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:17-CV-353-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH MACE, executor of the | ) | |
| ESTATE OF DELTA J.M. MACE, | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the United States' Unopposed Motion to Stay the proceeding, good cause shown, it is by the United States District Court for the District of North Carolina Western Division

ORDERED that the proceeding is stayed.

The Parties shall file a joint status report by: October 14, 2017

Entered this 15th day of August 2017.

_____
LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT JUDGE