IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
NO: 5:17-CV-353-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER EXTENDING STAY** |
| v. | ) | |
| | ) | |
| KENNETH MACE, EXECUTOR OF | ) | |
| THE ESTATE OF DELTA J. M. MACE, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the defendant's Status Report and Motion to Extend Stay, and good cause existing, its is by the United States District Court for the Eastern District of North Carolina, Western Division

ORDERED that the say is extended for 60 days; and

ORDERED that the parties shall file a joint status report by 4/8/18.

Entered this 7th day of February, 2018.

_____
LOUISE WOOD FLANAGAN
United States District Judge