IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:17-cv-353-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| KENNETH MACE, executor of THE ESTATE OF DELTA MACE, | ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

Judgment is entered in favor of the United States and against the defendant Kenneth Mace, executor of the Estate of Delta Mace for unpaid estate taxes in the amount of $102,825 as of May 28, 2019, plus statutory additions, including interest pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621(a)(2), accruing on and after that date until paid, for the tax periods and in the amount indicated above.

**IT IS SO ORDERED.**

Entered this  21st  day of  May  2019.

LOUISE WOOD FLANAGAN
United States District Judge

Seen and agreed to by:

/s/ Erin F. Darden   04/29/2019
ERIN F. DARDEN        Date
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
202-307-6501 (v)
202-514-6866 (f)
Erin.Darden@usdoj.gov
*Counsel for the plaintiff*

_____        5/16/19
ROBERT J. GALLAGHER                Date
Webb & Coyle, PLLC
910 N. Sandhills Blvd.
Aberdeen, N.C. 28315
919-944-9555 (v)
910-944-7641 (f)
bob@webbcoyle.com
*Counsel for the defendant*